IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


BERNESTINE BULLARD                                                    PLAINTIFF


VS.                              5:15-CV-00300 JM/JTR


ARKANSAS DEPARTMENT
OF CORRECTION                                                         DEFENDANT


## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted. Defendant's motion for summary judgment on Plaintiffs remaining claims is granted. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Summary Judgment, *Doc. No. 26*, is GRANTED.

DATED this 18th day of April, 2017.


_____
UNITED STATES DISTRICT JUDGE