IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERNESTINE BULLARD                                                                      PLAINTIFF

VS.                              5:15-CV-00300 JM/JTR

ARKANSAS DEPARTMENT
OF CORRECTION                                                                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that all remaining claims asserted in Plaintiff Bernestine Bullard's Complaint are DISMISSED WITH PREJUDICE.

DATED this 18th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE